1 | Sanford L. Michelman, Esq., SBN 170701
2 | (smichelman@mrllp.com)
  | Mona Z. Hanna, Esq., SBN 131429
3 | (mhanna@mrllp.com)
  | Warren A. Koshofer, Esq., SBN 213350
4 | (wkoshofer@mrllp.com)
  | MICHELMAN & ROBINSON, LLP
5 | 15760 Ventura Boulevard, 5th Floor
  | Encino, CA 91436
6 | Telephone: (818) 783-5530
  | Facsimile: (818) 783-5507

7 | Attorneys for Defendant, LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA,

# SACRAMENTO DIVISION

| | |
|---|---|
| LARRY O. CROTHER, INC., a California Company d.b.a. ABC INSULATION & SUPPLY CO.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>　　　　Defendants. | **Case No. 2:11-CV-00138-MCE-GGH**<br><br>(Case assigned to the Hon. Morrison C. England, Jr.)<br><br>**ORDER GRANTING DEFENDANT'S EXTENSION TO RESPOND TO INITIAL COMPLAINT BY TWO WEEKS**<br><br>Complaint Served: Dec. 16, 2010<br>Removal Filed: Jan. 14, 2011<br>Response Date: Jan. 21, 2011<br>New Response Date: Feb. 4, 2011 |

1

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT BY TWO WEEKS

1  UPON STIPULATION of the Parties, Defendant Lexington Insurance
2  Company's time to file its initial responsive pleading is extended two weeks such that
3  it is now due on February 4, 2011.

**IT IS SO ORDERED.**

Dated:  January 26, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO INITIAL COMPLAINT BY TWO WEEKS