Sanford L. Michelman, Esq., SBN 179702
(smichelman@mrllp.com)
Todd H. Stitt, Esq., SBN 179694
(tstitt@mrllp.com)
Warren A. Koshofer, Esq., SBN 213350
(wkoshofer@mrllp.com)
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, 5th Floor
Encino, CA 91436
Telephone: (818) 783-5530
Facsimile: (818) 783-5507

Attorneys for Defendant, LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY O. CROTHER, INC., a California Company, d.b.a. ABC INSULATION & SUPPLY CO., <br><br> Plaintiff, <br><br> vs. <br><br> LEXINGTON INSURANCE COMPANY, a Delaware corporation; JOHN O. BRONSON CO., INC., a corporation d.b.a. MONTEREY INSURANCE AGENCIES; KIRK WILLARD, an individual; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: 2:11-CV-00138-MCE-GGH <br><br> [Judge: Hon. Morrison C. England, Jr.] <br><br> **ORDER GRANTING THE PARTIES' STIPULATION TO CONTINUE HEARING DATE ON LEXINGTON'S MOTION TO DISMISS AND ANY MOTIONS FILED HEREAFTER** |

1

**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE HEARING DATE(S)**

243852

UPON STIPULATION of the Parties, the Court hereby grants the Parties' request relating to hearing date(s) in this matter and ORDERS as follows: 1) the hearing date on the Motion to Dismiss Operative Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendant Lexington Insurance Company shall be continued from April 21, 2011 to May 19, 2011; 2) all filing deadlines for Lexington's Motion to Dismiss shall be calculated based upon the continued date of May 19, 2011; and 3) any other motions, applications or petitions filed by either party in this matter after March 24, 2011 shall be scheduled for hearing on or after May 19, 2011.

**IT IS SO ORDERED.**

DATE:  April 5, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE