Sanford L. Michelman, Esq., SBN 179702
(smichelman@mrllp.com)
Todd H. Stitt, Esq., SBN 179694
(tstitt@mrllp.com)
Warren A. Koshofer, Esq., SBN 213350
(wkoshofer@mrllp.com)
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, 5th Floor
Encino, CA 91436
Telephone: (818) 783-5530
Facsimile: (818) 783-5507

Attorneys for Defendant, LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY O. CROTHER, INC., a California Company, d.b.a. ABC INSULATION & SUPPLY CO.,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:11-CV-00138-MCE-GGH<br><br>[Judge: Hon. Morrison C. England, Jr.]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO FURTHER EXTEND DEADLINE TO FILE JOINT STATUS REPORT UNDER FRCP 26(f)** |

1

**ORDER FURTHER EXTENDING DEADLINE TO FILE JOINT 26(f) STATUS REPORT**

1      UPON STIPULATION of the Parties, the Court hereby grants the Parties' request that the deadline for the filing of the Joint Status Report required of the Parties under Federal Rule of Civil Procedure 26(f) shall be extended from its current date to June 1, 2011.

**IT IS SO ORDERED**

DATED: April 19, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE