Sanford L. Michelman, Esq., SBN 179702
(smichelman@mrllp.com)
Todd H. Stitt, Esq., SBN 179694
(tstitt@mrllp.com)
Warren A. Koshofer, Esq., SBN 213350
(wkoshofer@mrllp.com)
MICHELMAN & ROBINSON, LLP
15760 Ventura Boulevard, 5th Floor
Encino, CA 91436
Telephone: (818) 783-5530
Facsimile: (818) 783-5507

Attorneys for Defendant, LEXINGTON INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY O. CROTHER, INC., a California Company, d.b.a. ABC INSULATION & SUPPLY CO.,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.: 2:11-CV-00138-MCE-GGH<br><br>[Judge: Hon. Morrison C. England, Jr.]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO FURTHER EXTEND, BY THIRTY DAYS, DEADLINE TO FILE JOINT STATUS REPORT UNDER FRCP 26(f)**<br><br>IRD |

1

**PROPOSED ORDER GRANTING PARTIES' STIPULATION TO FURTHER EXTEND DEADLINE TO FILE JOINT 26(f) STATUS REPORT**

251773

1  UPON STIPULATION of the Parties, the Court hereby grants the Parties'
2  request that the deadline for the filing of the Joint Status Report required of the
3  Parties under Federal Rule of Civil Procedure 26(f) shall be extended by thirty
4  days, from its current date of June 1, 2011 to a new deadline of July 1, 2011.
5  Date:  June 1, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

**PROPOSED ORDER GRANTING PARTIES' STIPULATION TO FURTHER EXTEND DEADLINE TO FILE JOINT 26(f) STATUS REPORT**

251773