UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| LARRY O. CROTHER, INC., a California company, d.b.a. ABC INSULATION & SUPPLY CO., | No. 2:11-cv-00138-MCE-GGH |
| Plaintiff, | |
| v. | MEMORANDUM AND ORDER |
| LEXINGTON INSURANCE COMPANY, a Delaware corporation, et al., | |
| Defendants. | |

On June 6, 2011, this Court issued an order granting Plaintiff's Motion for Leave to File First Amended Complaint adding additional defendants whose presence destroyed this Court's diversity jurisdiction.  Plaintiff has since filed its Amended Complaint.

///
///
///
///
///

1

Accordingly, consistent with the Court's June 6, 2011, Order (ECF No. 39), IT IS HEREBY ORDERED that:

    1.   This case is remanded to the Superior Court for the State of California in and for the County of Sacramento; and

    2.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 19, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE